UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT MEFFORD,

Petitioner,

v.

DIRECTOR OF BUREAU OF PRISONS,

Respondent.

Civil File No. 01-265 (RHK/SRN)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated February 15, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

The Clerk of Court is directed to transfer this case to the U.S. District Court for the Eastern District of Texas.

DATED: 3/5, 2001.

Richard H. Kyle
United States District Court Judge

(5)

FILED MAR - 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK